# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | |
|---|---|
| Matthew Ross on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | **ORDER RE ADMISSION** |
| ) | **PRO HAC VICE** |
| vs. ) ) | |
| BAHA Petroleum Consulting Corp., ) ) | Case No. 4:14-cv-147 |
| Defendant. ) | |

Before the court is a motion for attorneys Jerry E. Martin and Peter D. Winebrake to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Jerry E. Martin and Peter D. Winebrake have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 3 and 4) are **GRANTED**. Attorneys Jerry E. Martin and Peter D. Winebrake are admitted to practice before this court in the above-entitled action on plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 18th day of November, 2014.

                                    */s/ Charles S. Miller, Jr.*
                                    Charles S. Miller, Jr.
                                    United States Magistrate Judge